UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLANDUS DUNNING,

    Plaintiff,                                         Civil Action No. 21-CV-10670

vs.                                                  HON. BERNARD A. FRIEDMAN

MELISSA VIVIANE JEFFERSON
a/k/a LIZZO, et al.,

    Defendants.
_____/

## JUDGMENT

The Court has issued an opinion and order in this matter dismissing the complaint. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

                                                          KINIKIA D. ESSIX
                                                          CLERK OF COURT

                                                          By: <u>Johnetta M. Curry-Williams</u>
                                                               Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
                BERNARD A. FRIEDMAN
                SENIOR U.S. DISTRICT JUDGE

Dated: April 30, 2021